# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 25, 2010

## Before

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

DIANE P. WOOD, *Circuit Judge*

**No**. 08-4029

LUIS ARMANDO PAEZ RESTREPO, *et al.*,
    *Petitioners*,

        **v.**

ERIC H. HOLDER, JR., Attorney General of the
United States,
    *Respondent*.

Petition for Review of an Order of the Board of Immigration Appeals.

## Order

The opinion of this court issued on June 28, 2010, is amended by deleting the quotation marks around the phrase "displaying attributes visible to passers-by" on the last two lines of page 4 of the slip opinion. The sentence now reads:

The Board doubted that farmers are a "visible" group, using "visible" in the sense of displaying attributes apparent to passers-by.